**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Howard Solomon, Ed.D., | Civ. No. 04-5879 (DRD) |
| Plaintiff, | |
| v. | **O R D E R** |
| Passaic County Educational Services Commission, et. al, | |
| Defendants. | |

Defendants, Passaic County Educational Services Commission, et. al, having filed a

motion for sanctions pursuant to Fed. R. Civ. P. 11 against Plaintiff, Howard Solomon, and

Plaintiff's counsel, R. Scott Eveland, and the court having reviewed the submissions of the

parties, and for the reasons set forth in an opinion of even date,

IT IS, on this 14th day of November, 2005, **ORDERED** that Defendants' motion for

sanctions is denied.


/s/ Dickinson R. Debevoise

DICKINSON R. DEBEVOISE, U.S.S.D.J.


1